HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
HUGO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:16-cr-00028 LJO-SKO |
| *Plaintiff,* | STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND [PROPOSED] ORDER |
| vs. | |
| HUGO MARTINEZ, | Judge:  Hon. Lawrence J. O'Neill |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, Melanie L. Alsworth, Assistant United States Attorney, counsel for plaintiff, and Ann H. McGlenon, Assistant Federal Defender, counsel for defendant, HUGO MARTINEZ, that the following conditions be **removed** from his conditions of pre-trial release:

> The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME DETENTION. You shall remain

inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

The following condition shall be **added**: You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations.

Pre-trial services has been contacted and they are not opposed to the modification, adding that Mr. Martinez is doing very well on supervision. He is working full time, all of his drug tests have been clean, he is attending substance abuse counseling and he has a lot of family support.

All other pre-trial release conditions shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: October 3, 2016          /s/ *Melanie L. Alsworth*
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILIAMS
Federal Defender

Dated:  October 3, 2016          /s/  *Ann H. McGlenon*
                                 ANN H. MCGLENON
                                 Assistant Federal Defenders
                                 Attorney for Defendant
                                 HUGO MARTINEZ

**ORDER**

Conditions of Pretrial Release are modified for defendant Hugo Martinez as stated in the Stipulation.

IT IS SO ORDERED.

Dated: __October 3, 2016__         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE