# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
DEC 06 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. 1:16-CR-28-LJO-SKO |
| Hugo Martinez ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Hugo Martinez_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the CURFEW component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-6-16            _____  12-6-16
Signature of Defendant    Date              Pretrial Services Officer Services    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                         12-6-16
Signature of Assistant United States Attorney                  Date
Melanie Alsworth

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                         12-6-16
Signature of Defense Counsel                                   Date
Ann McGlenon

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  12/6/16 .
☐ The above modification of conditions of release is *not* ordered.

_____                                         12/6/16
Signature of Judicial Officer                                  Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services