HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950

Attorney for Defendant
HUGO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>HUGO MARTINEZ,<br><br>*Defendant*. | Case No. 1:16-cr-0028 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  April 24, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference set for Monday, March 6, 2017 at 9:30 a.m. be continued to Monday, April 24, 2017 at 9:30 a.m.

The parties have reached an agreement as to the terms of a plea and sentence, and are in the process of drafting the written plea agreement. It is anticipated that a plea agreement will be filed prior to April 24, 2017, in which case the parties will notify the court and request that a change of plea hearing be held on April 24, 2017 in lieu of the status conference. The requested continuance will allow the parties sufficient time to finalize, execute, and file the plea agreement in order to proceed with the change of plea.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the March 6, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED:  March 1, 2017                 */s/ Megan T. Hopkins*
                                      Megan T. Hopkins
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      Hugo Martinez

PHILLIP A. TALBERT
United States Attorney

DATED:  March 1, 2017                 */s/ Melanie Alsworth*
                                      Melanie Alsworth
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the status conference set for Monday, March 6, 2017 at 9:30 a.m. before the Honorable Lawrence J. O'Neill be continued to Monday, April 24, 2017 at 9:30 a.m.  The time period between the date of this Order and April 24, 2017 shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **March 1, 2017**             */s/ Lawrence J. O'Neill*
                                      UNITED STATES CHIEF DISTRICT JUDGE