HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950

Attorney for Defendant
HUGO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-0028 LJO-SKO |
|---|---|---|
| *Plaintiff*, | ) | |
| vs. | ) | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER |
| HUGO MARTINEZ, | ) | |
| *Defendant*. | ) | Date: May 8, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference set for Monday, April 24, 2017 at 9:30 a.m. be vacated, that that a change of plea hearing be set for Monday, May 8, 2017 at 9:30 a.m.

The parties have reached an agreement as to the terms of a plea and sentence, and have executed the written plea agreement. The additional time between now and the date of the change of plea hearing will allow defendant to meet with counsel to discuss change of plea procedure and timeline for sentencing preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the April 24, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: April 14, 2017  */s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorneys for Defendant
Hugo Martinez

PHILLIP A. TALBERT
United States Attorney

DATED: April 14, 2017  */s/ Melanie Alsworth*
Melanie Alsworth
Assistant United States Attorney
Attorneys for Plaintiff

# O R D E R

GOOD CAUSE APPEARING the status conference set for Monday, April 24, 2017 at 9:30 a.m. before the Honorable Lawrence J. O'Neill be vacated, and a change of plea hearing be set for Monday, May 8, 2017 at 9:30 a.m. The time period between the date of this Order and May 8, 2017 shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**April 14, 2017**__    _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE