HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HUGO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00028-NONE-SKO |
|---|---|
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; EXHIBIT; ORDER |
| vs. | |
| HUGO MARTINEZ, | |
| Defendant. | |

The defense moves this Court for an order terminating probation/supervision for the above named defendant. Defense counsel has spoken with counsel for the government, Assistant United States Attorney Melanie Alsworth, as well as United States Probation Officer Jesus Frausto via email, (Exh. A), and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

| | |
|---|---|
| 1 | On August 21, 2017, Mr. Martinez, after having pled guilty to one count of possession of a firearm by a felon, was sentenced to a 60-month term of probation along with a requirement to complete 100 hours of community service and pay a $100 special assessment. (DKT #36) |
| 4 | Having completed approximately two years and seven months of his probation/supervision, Mr. Martinez has completed all his requirements including his community service, has had no positive drug tests, has been fully employed during his term of supervision, and has had absolutely no violation conduct. Based on the above, which was a continuation of the approximately year and a half of good conduct Mr. Martinez began while on Pretrial supervision, both U.S. Probation and the government do not oppose this motion by the defense. |
| 10 | Based on the foregoing, the defense submits that early termination of probation/supervision is warranted based on the conduct of Mr. Ramirez and in the interests of justice. |

HEATHER E. WILLIAMS
Federal Defender

DATED: March 13, 2020   /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
HUGO MARTINEZ

**O R D E R**

IT IS SO ORDERED. Hugo Martinez.is hereby discharged from probation/supervision, effective immediately, on case 1:16-cr-00028-NONE-SKO.

IT IS SO ORDERED.

Dated: **March 27, 2020**

_____
UNITED STATES DISTRICT JUDGE

Martinez: Unopposed Motion for Early
Termination of Supervised Release

2